IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-22-BO-2

UNITED STATES OF AMERICA        )
                                )
        v.                      )        ORDER TO SEAL
                                )    [DOCKET ENTRY NUMBER 186]
RAHEEM AQUNA GREEN,             )
                                )
        Defendant.             )


Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 186 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, _1st_ day of _November_ , 2018.


_Terrence Boyle_
Terrence W. Boyle
Chief U.S. District Judge