IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:18-CR-00022-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAHEEM AQUANA GREEN,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Compliance with Court Order [DE 371]. Defendant seeks an order requiring prison officials to "immediately update [his] prison file and process him for immediate release." *Id.* While the motion remained pending, Defendant's term of imprisonment expired pursuant to former-President Joseph R. Biden's Executive Grant of Clemency. DE 368 at 18, 20 (commuting Defendant's term to expire on May 16, 2025); *see also Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Aug. 28, 2025). Accordingly, Defendant's motion [DE 371] is DENIED AS MOOT.

SO ORDERED this 28th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE